```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANDAKINI GUPTE,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; JONATHAN SHARFEN, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III; CHRISTINA POULOS, Director of the California Service Center; ROBIN BARRETT, USCIS District Director, et al.,<br><br>        Defendants. | No. C 08-2673 MHP<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

Stipulation to Dismiss
C08-2673 MHP                                          1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: July 24, 2008                                  Respectfully submitted,

3 |                                                       JOSEPH P. RUSSONIELLO
                                                          United States Attorney

4 |

5 |                                                              /s/
                                                          _____
6 |                                                       ILA C. DEISS[1]
                                                          Assistant United States Attorney
                                                          Attorney for Defendants

7 |

8 | Dated: July 24, 2008                                         /s/
                                                          _____
                                                          SHAH PEERALLY
9 |                                                       ERICH KEEFE
                                                          Attorneys for Plaintiff

10 |

11 |                              **ORDER**

12 |     Pursuant to stipulation, IT IS SO ORDERED.

13 |

14 |

15 | Date: July 30, 2008                        _____
                                                MARILYN
                                                United States

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-2673 MHP                                    2